UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY PAIGLY,

    Petitioner,

v.

SCOTT FRAUENHEIM,

    Respondent.

Case No. 15-cv-05162-HSG

**ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME**

Re: Dkt. No. 9

Good cause being shown, Respondent's request for an extension of time is GRANTED. Docket No. 9. Respondent shall respond to this Court's March 31, 2016 Order to Show Cause by July 30, 2016. If Respondent files an answer, Petitioner may respond, if he so wishes, by filing a traverse with the Court and serving it on Respondent within thirty-five (35) days of the date the answer is filed. If Respondent files a motion to dismiss on procedural grounds in lieu of an answer, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within twenty-eight (28) days of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within fourteen (14) days of the date any opposition is filed.

    This order terminates Docket No. 9.

**IT IS SO ORDERED.**

Dated: 6/1/2016

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge