UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PAIGLY,<br><br>              Petitioner,<br><br>   v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>              Respondent. | Case No. 15-cv-05162-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 15 |

Good cause appearing, petitioner's application for an extension of time to file a traverse is hereby GRANTED.  Petitioner shall file his traverse no later than **November 4, 2016**.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: 9/26/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge