UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY PAIGLY,

    Petitioner,

v.

SCOTT FRAUENHEIM, Warden,

    Respondent.

Case No. 15-cv-05162-HSG (PR)

**JUDGMENT**

    For the reasons stated in the Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/13/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge